| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The International Golf Club, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - CENTRAL AND WESTERN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **David Skok**<br>**23 South Great Road**<br>**Lincoln, MA 01773** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$80,000.00** |
| **Paul Burke Jr.**<br>**11 White Dove Road**<br>**Franklin, MA 02038** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$80,000.00** |
| **David Broecker**<br>**400 Concord Road**<br>**Sudbury, MA 01776** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$80,000.00** |
| **Michael Barnicle**<br>**20 Trapelo Road**<br>**Lincoln, MA 01773** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$80,000.00** |
| **Bruce Shutts**<br>**50 Vaughn Hill Road**<br>**Bolton, MA 01740** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$80,000.00** |
| **Tim Barberich**<br>**88 Beacon Street**<br>**Boston, MA 02108** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **Frederick Richards**<br>**760 Waterford Drive unit 204**<br>**Naples, FL 34113** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **Herbert Ingram**<br>**44 Elm Street, #518**<br>**Worcester, MA 01609** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **Anthony Ecock**<br>**253 Marlborough St Unit 8**<br>**Boston, MA 02116** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **Jack W. Britts**<br>**284 Willis Road**<br>**Sudbury, MA 01776** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **Kurt Bierig**<br>**15 North Cove Road**<br>**Sterling, MA 01564** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |

| Debtor | The International Golf Club, LLC | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Besemer**<br>**17 Lafayette Drive**<br>**Sudbury, MA 01776** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **Warren Thomson**<br>**51 Binscarth Road**<br>**Toronto, Ontario**<br>**Canada M4W 1Y3** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **John Tegan**<br>**51 Commonwealth Ave**<br>**Boston, MA 02116** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **George Shimer**<br>**54 Campbell Road**<br>**Wayland, MA 01778** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **Jim O'Shea**<br>**6 Arlington Street**<br>**Unit 6**<br>**Boston, MA 02116** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$75,000.00** |
| **David Patrick**<br>**71 Pope Road**<br>**Acton, MA 01720** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$70,000.00** |
| **James I. Cash**<br>**16 Highgate Road**<br>**Wellesley, MA 02481-1420** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$70,000.00** |
| **Patrick Scannell**<br>**184 Beacon Street**<br>**Unit 3**<br>**Boston, MA 02116** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$70,000.00** |
| **Roger Urell**<br>**14 Draper Road**<br>**Wayland, MA 01778** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$65,000.00** |