**Fill in this information to identify the case:**

Debtor name   **The International Golf Club, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS -  CENTRAL AND WESTERN DIVISION

Case number (if known)   **20-40524-CJP**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................................   $ **0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.........................................................................................   $ **314,062.36**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...........................................................................................   $ **314,062.36**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ **236,539.94**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$ **30,383,967.13**

4.   **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b   $ **30,620,507.07**

**Fill in this information to identify the case:**

Debtor name    **The International Golf Club, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS - CENTRAL AND WESTERN DIVISION

Case number (if known)    **20-40524-CJP**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $500.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank** | checking account | 0306 | $80,169.00 |
| 3.2. | **Citizens Bank** | checking | 0314 | $0.00 |
| 3.3. | **Citizens Bank** | checking | 1906 | $0.00 |
| 3.4. | **Citizens Bank** | checking | 0322 | $0.00 |
| 3.5. | **Citizens Bank (bank fees issued on 5/3/20 ($2143.03) then reversed on 5/6/20 to $0** | checking | 7928 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **The International Golf Club, LLC**    Case number *(If known)* **20-40524-CJP**
Name

5.    **Total of Part 1.**    | $80,669.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of prepayment

8.1.    **Vendors who owe IGC**    $9,261.36

9.    **Total of Part 2.**    | $9,261.36

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **108,587.00** - **0.00** = ....    $108,587.00

face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **62,925.00** - **0.00** = ....    $62,925.00

face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    | $171,512.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **The International Golf Club, LLC** | Case number *(If known)* **20-40524-CJP** |
|---|---|---|
| | Name | |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**
      **Pro Shop Merchandise**     3/30/2020     $52,620.00     $52,620.00

23.   **Total of Part 5.**     $52,620.00

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☑ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|       Mail Machine and copiers (Leases) | Unknown | N/A | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**     $0.00

      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☑ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **The International Golf Club, LLC**        Case number *(If known)*  **20-40524-CJP**
_____Name_____

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Various Carts and Equipment for Golf Course -<br>See Schedule B50** | **Unknown** | | **Unknown** |

51.    Total of Part 8.                                                **$0.00**
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**ICG owns rights to their website:**<br>**www.theinternational.com-** | **Unknown** | | **Unknown** |

| Debtor | **The International Golf Club, LLC** | Case number *(If known)* **20-40524-CJP** |
|---|---|---|
| | Name | |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

| Goodwill | $0.00 | Unknown |
|---|---|---|

66.    **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **The International Golf Club, LLC** | Case number *(If known)* **20-40524-CJP** |
|---|---|---|
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $80,669.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,261.36 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $171,512.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $52,620.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $314,062.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $314,062.36 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **The International Golf Club, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - CENTRAL AND WESTERN DIVISION

Case number (if known) **20-40524-CJP**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 TCF National Bank**
Creditor's Name

**PO Box 77077**
**Minneapolis, MN 55480**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Amount of claim: **Unknown**
Value of collateral: **Unknown**

**2.2 Yamaha Motor Finance Corporation**
Creditor's Name

**6555 Katella Avenue**
**Cypress, CA 90630**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **Unknown**
Value of collateral: **Unknown**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **The International Golf Club, LLC** | Case number (*if known*) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent

■ Unliquidated

■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **The International Golf Club, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS - CENTRAL AND WESTERN
DIVISION

Case number (if known)    **20-40524-CJP**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|
| | **Allison Harrington-B** | *Check all that apply.* | | |
| | **45 Carter Drive** | ☐ Contingent | | |
| | **Framingham** | ☐ Unliquidated | | |
| | **MA 01701** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,500.00** | **$3,025.00** |
|---|---|---|---|---|
| | **Byrne/Rogers Wedding** | *Check all that apply.* | | |
| | **800 Paddock Lane** | ☐ Contingent | | |
| | **Boxborough, MA 01719** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **The International Golf Club, LLC** | | Case number _(if known)_ | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,300.00** | **$3,025.00** |
|---|---|---|---|---|

**Cabrera/Santizo Wedd**
**99 East Main St.**
**Ayer, MA 01432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,000.00** | **$3,025.00** |
|---|---|---|---|---|

**Caruso/Ford Wedding**
**1306 Windor Dr.**
**Framingham, MA 01701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$3,025.00** |
|---|---|---|---|---|

**Chase/Albano Wedding**
**37 Middlesex Cir #6**
**Waltham, MA 02452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|

**Christina's -  Bridal Shower**
**83 Washington St. Apt. C**
**Ayer**
 **MA 01432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,500.00** | **$3,025.00** |
|---|---|---|---|---|

**Courtney Pirosko**
**74 Oak Trail**
**Bolton, MA 01740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,500.00** | **$3,025.00** |
|---|---|---|---|---|

**Courtney/Oeverman Wedding**
**14 Kristyn Dr.**
**Northborough, MA 01532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,100.00** | **$3,025.00** |
|---|---|---|---|---|

**Eduardo/Espanet Wedd**
**23 Coburn Street**
**Framingham, MA 01705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,600.00** | **$3,025.00** |
|---|---|---|---|---|

**Farrell/Feeney Weddi**
**20 Searles Hill Rd.**
**Phillipston, MA 01331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **$3,000.00** |
|---|---|---|---|---|

**Flomo/Young Wedding**
**12A Corrine St.**
**Worcester, MA 01604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **$3,000.00** |
|---|---|---|---|---|

**Forecast/Egan Weddin**
**67 Tewksbury St.**
**Andover, MA 01810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** | **$3,025.00** |
|---|---|---|---|---|

**Henrickson/Almstrom Wedding**
**44 Bristol St.**
**Worcester, MA 01606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,350.00** | **$3,025.00** |
|---|---|---|---|---|

**Honey/Smith Wedding**
**38 Sylvan Drive**
**Stow, MA 01775**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Hurley/Warren Wedding**
**67 Leland Farm Road**
**Ashland, MA 01721**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Joan Hastings - Brid**
**96 Chace St.**
**Clinton**
**   MA 01510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 | $3,025.00 |
|---|---|---|---|---|

**Lacasse/Remington Wedding**
**140 Westwood St.**
**Palatine, IL 60067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,625.00 | $3,025.00 |
|---|---|---|---|---|

**Lopez/Ouimet Wedding**
**300 East 89th St.Apt 5B**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,660.00 | $1,660.00 |
|---|---|---|---|---|

**Madhuri & Erick's Wedding**
**49 Summer Lane**
**Holden, MA 01520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,650.00 | $3,025.00 |
|---|---|---|---|---|

**Maria DeGenova:  Joni & Friends**
**136 Harvey Road Suite 101A**
**Londonderry**
**NH 03035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,875.00 | $2,875.00 |
|---|---|---|---|---|

**Maurer/Borr Wedding**
**11 Homer St.**
**Worcester, MA 01602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 | $900.00 |
|---|---|---|---|---|

**Michelle Weinstein-Birthday**
**17  Boardman St**
**Westborough**
**MA 01581**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00** |
|---|---|---|---|---|
| | **Mike Hughes - Bridal** **182 Pine Hill Road** **Boxboro** **MA 01719** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,700.00** | **$2,700.00** |
|---|---|---|---|---|
| | **Muralidhar/Bendre Wedding** **50 Parham Road** **Tyngsboro, MA 01879** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,850.00** | **$1,850.00** |
|---|---|---|---|---|
| | **Navani/Dhrampuriya Wedding** **45 Farmington Dr.** **Shrewsbury, MA 01545** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|
| | **Olivia Cadette - Baptism** **31 Coachman Ridge Road** **Shrewsbury** **MA 01545** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| Debtor | **The International Golf Club, LLC** | | Case number *(if known)* | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |
|---|---|---|---|---|

**Paquette/Baer Weddin**
**9 Lincoln St.**
**Clinton, MA 01510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00** |
|---|---|---|---|---|

**Phil O'Malley**
**4805 Marrison Place**
**Indianapolis**
   **IN 46226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,650.00** | **$3,025.00** |
|---|---|---|---|---|

**Poliana Moraes**

**11 Coburn Drive**
**Methuen, MA 01844**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Moraes -15th Birthday**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,800.00** | **$3,025.00** |
|---|---|---|---|---|

**Pothier/Allain Weddi**
**99 Eva Drive**
**Leomister, MA 01453**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

**2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,500.00** | **$3,025.00**

**Powell/Cody Wedding**
**22 Gay Bower Rd.**
**Monroe, CT 06468**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **$3,000.00**

**Prakash/Carvalho Wed**
**24 Faulkner Hill Road**
**Acton, MA 01720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,000.00** | **$3,025.00**

**Ravesi/Patel Wedding**
**50 Clark St.**
**Framingham, MA 01702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,600.00** | **$3,025.00**

**Reed/Bourisk Wedding**
**105 Laurel St.**
**Lee, MA 01238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|

Name

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,500.00** | **$3,025.00** |
|---|---|---|---|---|

**Reslow/Levanti Weddi**
**1 Melissa Drive**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16,000.00** | **$3,025.00** |
|---|---|---|---|---|

**Riley/Hackett Weddin**
**15 Pleasant St.**
**Ashland, MA 01721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,291.00** | **$1,291.00** |
|---|---|---|---|---|

**Robyn Piermarini-BridalShower**
**314 Brockleman Road**
**Lancaster**
**  MA 01523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,000.00** | **$3,000.00** |
|---|---|---|---|---|

**Rybicki/Liacopo Wedd**
**152 Parker Rd.**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,000.00** | **$3,025.00** |
|---|---|---|---|---|

**Sookraj/Toscano Wedd**
**303 3rd St. Unit #803**
**Cambridge, MA 02142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,500.00** | **$3,025.00** |
|---|---|---|---|---|

**Sricharoenchaikit/Mo Wedding**
**60 Baker Ave.**
**Shrewsbury, MA 01545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,000.00** | **$3,025.00** |
|---|---|---|---|---|

**Winske/LaForce Weddi**
**271 Farm Rd.**
**Marlboro, MA 01752**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,238.94** | **$16,238.94** |
|---|---|---|---|---|

**zPriority Wage Claims Paid**
**Pursuant**
**to Court Order**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.00 |
|---|---|---|---|
| | **200 x 85 LLC**<br>**6690 S ROUTE 53**<br>**Woodridge, IL 60517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,935.00 |
|---|---|---|---|
| | **A.I.M. MUTUAL INSURANCE CO.**<br>**PO BOX 4131**<br>**WOBURN, MA 01888** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.50 |
|---|---|---|---|
| | **AALANCO SERVICE CORPORATION**<br>**80-B TURPIKE ROAD**<br>**WESTBOROUGH, MA 01581** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|
| | **Aaron DeCoste**<br>**70 Grist Mill Rd**<br>**Boston, MA 01460** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.62 |
|---|---|---|---|
| | **ABB**<br>**Formerly Thomas/Betts**<br>**8155 T&B Blvd**<br>**Memphis, TN 38125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,986.50 |
|---|---|---|---|
| | **ABB Installation**<br>**860 Ridge Lake Blvd**<br>**Memphis, TN 38125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | **Acosta Sales and Mar**<br>**130 Lizotte Dr**<br>**Marlboro, MA 01752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**Adam Bosco**
**226 Legate Hill Road**
**Leominster, MA 01453**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**Adam Hemond**
**6 Messenger Street**
**Plainville, MA 02762**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,445.16** |
|---|---|---|---|

**AIRGAS USA, LLC**
**PO BOX 734445**
**CHICAGO, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**Ajay Singh**
**45 W 3rd St, Apt 502**
**Boston, MA 02127**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Akira Yamamura**
**8-11-11 Akasaka**
**MINATO-KU, Tokyo Japan**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Alan Bankart**
**75 Barnes Hill Road**
**Concord, MA 01742**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Alan Colarusso**
**52 Matawanakee Trail**
**Littleton, MA 01460**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The International Golf Club, LLC | Case number (if known) | 20-40524-CJP |
|---|---|---|---|
| | Name | | |

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Alec Butler**
**3 Hudson Place, Floor 1**
**Worcester, MA 01609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,700.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Alfred Carosi Jr.**
**1 Moore Circle**
**Bedford, MA 01730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$55,000.00**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Alfred L. Connell**
**6 John Matthews Road**
**Southborough, MA 01772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$45,000.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Allen Chase**
**288 Chace Street**
**Clinton, MA 01510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$7,695.00**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**ALTEC, INC.**
**23422 MILL CREEK DR.,#225**
**LAGUNA HILLS, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$81.33**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**AMERICAN EXPRESS**
**PO BOX 1270**
**NEWARK, NJ 07101-1270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$49,316.60**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Ameripride Services Inc.**
**PO BOX 1390**
**Bemidji, MN 56619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$11,698.67**

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|

Name

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Andrew Berman**
**23 MacMillan Drive**
**Concord, MA 01742**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00**

**Andrew Perry**
**12 Coach House Rd.**
**North Grafton, MA 01536**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00**

**Andy Hastings**
**607 Fellsway West**
**Medford, MA 02155**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,687.50**

**Ann Costello**
**19 Herrick Dr**
**Methuen, MA 01844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**Anthony DiBona**
**6 Seventh St**
**Biddeford Pool, ME 04006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00**

**Anthony DiBona**
**6 Seventh St**
**PO Box 55**
**Biddeford Pool, ME 04006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00**

**Anthony Ecock**
**253 Marlborough St Unit 8**
**Boston, MA 02116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$323.00** |
|---|---|---|---|

**Arcade Industries, Inc.**
**205 SOUTHBRIDGE STREET**
**Auburn, MA 01501-0375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Arthur Gutierrez**
**8 Claridge Drive**
**Weston, MA 02493**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Assoc. Subcontractor**
**One Washington Mall**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$814.92** |
|---|---|---|---|

**AT&T MOBILITY**
**PO BOX 6463**
**CAROL STREAM, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,567.06** |
|---|---|---|---|

**ATLANTIC GOLF & TURF, LLC**
**27 INDUSTRIAL BLVD.**
**TURNERS FALLS, MA 01376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,042.56** |
|---|---|---|---|

**Atlantic Golf & Turf, LLC**
**27 INDUSTRIAL BLVD.**
**Turners Falls, MA 01376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.40** |
|---|---|---|---|

**Atlas Dist. Inc.**
**44 SOUTHBRIDGE ST**
**Auburn, MA 01501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,740.80** |
|---|---|---|---|

**Avalon Consulting Group LLC**
**c/o Kelly Durfee Cardoza**
**41 Cal's Court**
**Taunton, MA 02780**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.87** |
|---|---|---|---|

**B & D SUPPLY, INC.**
**638 SOUTHBRIDGE STREET**
**WORCESTER, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,897.34** |
|---|---|---|---|

**BALDOR BOSTON, LLC**
**PO BOX 32129**
**NEW YORK, NY 10087-4129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,605.74** |
|---|---|---|---|

**Bank of America**
**PO BOX 844336**
**DALLAS, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,282.25** |
|---|---|---|---|

**Bary Cosimi**
**16 Federal Circle**
**Leominster, MA 01453**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Basile Family Mem. G**
**3 Nemco Way**
**Ayer, MA 01432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,702.86** |
|---|---|---|---|

**BAY STATE ELEVATOR COMPANY**
**PO BOX 5**
**DALTON, MA 01227-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (*if known*) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Baystate Financial**
**Payable to: Dave Porter,P.O. Box 171675**
**Boston, MA 02117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Whitham**
**40 Warren Avenue**
**Harvard, MA 01451**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Benchmark One Compan**
**40 William St.**
**Wellesley, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,524.00** |
|---|---|---|---|

**Bhupen Shah**
**135 Houghton Lane**
**Boxboro, MA 01719**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.00** |
|---|---|---|---|

**BIG BLUE BUG SOLUTIONS**
**PO BOX 72763**
**PROVIDENCE, RI 02907-0763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Monteiro**
**15 Bolton Street**
**Hudson, MA 01749**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,755.08** |
|---|---|---|---|

**BJ'S WHOLESALE CLUB**
**PO BOX 659834**
**SAN ANTONIO, TX 78265-9134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,360.00 |
|---|---|---|---|

**Blaise Eckert**
**90 Bolton Road**
**Harvard, MA 01451**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.67 |
|---|---|---|---|

**Blue 20/20**
**PO Box 2365**
**S Burlington, VT 05407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Blue Cross & Blue Sh**
**101 Huntington Ave. Suite 1300**
**Boston, MA 02199-1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.22 |
|---|---|---|---|

**BLUE TARP FINANCIAL, INC.**
**PO BOX 105525**
**ATLANTA, GA 30348-5525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00 |
|---|---|---|---|

**Bob Reid**
**5D Autumn Drive**
**Hudson, MA 01749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.50 |
|---|---|---|---|

**BOLTON PRINTING, INC.**
**PO BOX 96**
**BOLTON, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Bolton Youth Baseball-Paul Bessette**
**Po Box 52**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.12** |
|---|---|---|---|

**BOSTON GOURMET CHEFS, INC.**
**PO BOX 883**
**FRAMINGHAM, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,598.44** |
|---|---|---|---|

**BOSTON SHOWCASE CO. INC.**
**66 WINCHESTER ST-PO BOX 610254**
**NEWTON HIGHLANDS, MA 02461-0254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Boy Scouts of Americ**
**2 Mount Royal Avenue, Ste 100**
**Marlboro, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**BR&A/NJM**
**10 Guest At, 4th Floor**
**Boston, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Brad Bradford**
**PO Box 522**
**Lancaster, MA 01523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Brayden Weaver**
**23 Deer Path Road**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Brendon Davis**
**76 Grist Mill Rd.**
**Marlborough, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00**

Brett Heffernan
237 Mill St. Ext
Lancaster, MA 01523

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

Brian Chu
303 Columbus Avenue
Boston, MA 02116

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00**

Brian Frye
11 Still River Road
Bolton, MA 01740

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00**

Brian Ouellette
8 Silverbrook Rd
Salam, NH 03079

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Brian Scannell
11 Kings Grant Road
Marlborough, MA 01752

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,706.25**

Bruce Cain
129 B Smith Street
Groton, MA 01450

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

Bruce Shutts
50 Vaughn Hill Road
Bolton, MA 01740

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (*if known*) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00** |
|---|---|---|---|

**Bryan Sayler**
**117 Walcott Street**
**Stow, MA 01775**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Byun Sung**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.00** |
|---|---|---|---|

**C.J. Patti**
**0017401 Via Lugano Court**
**Miromar Lakes, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$129.10** |
|---|---|---|---|

**CALISE & SONS BAKERY INC.**
**2 QUALITY DRIVE**
**LINCOLN, RI 02865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.25** |
|---|---|---|---|

**Callahan's Tent**
**PO Box 509**
**Clinton, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.50** |
|---|---|---|---|

**CALLAWAY GOLF CORP.**
**PO BOX 9002**
**CARLSBAD, CA 92018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.07** |
|---|---|---|---|

**CAMBRIDGE PACKING CO INC.**
**PO BOX 970070**
**BOSTON, MA 02297-0070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address

**Cambridge Savings Ba**
**1347 Massachusetts Ave.**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.79** | Nonpriority creditor's name and mailing address

**Cambridge Savings Ba**
**1347 Massachusetts Ave.**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,000.00

---

**3.80** | Nonpriority creditor's name and mailing address

**CAPT. MARDEN'S SEAFOODS, LLC MCH**
**PO BOX 812906**
**WELLESLEY, MA 02482**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,144.57

---

**3.81** | Nonpriority creditor's name and mailing address

**Carl Youngman**
**94 Clements Road**
**Newton, MA 02458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$55,000.00

---

**3.82** | Nonpriority creditor's name and mailing address

**Carl Youngman**
**94 Clements Road**
**Newton, MA 02458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,015.00

---

**3.83** | Nonpriority creditor's name and mailing address

**CATEREASE Horizon Business**
**PO BOX 7459**
**NAPLES, FL 34101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,200.00

---

**3.84** | Nonpriority creditor's name and mailing address

**CENTRAL MASS EMS CORP**
**361 HOLDEN ST**
**HOLDEN, MA 01520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$176.00

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|

Name

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Chad Carpenter**
**42366 N 111Th Place**
**Scottsdale, AZ 85262-3251**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,867.00** |
|---|---|---|---|

**Chad Marston**
**68 W. Berlin Road**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,163.00** |
|---|---|---|---|

**CHARLES M MORAN PLB & HTG INC.**
**54 ALLEN STREET**
**CLINTON, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
|---|---|---|---|

**Chemical Club of New**
**330-B Victor Rd.**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Chip Gilroy**
**16 Ammon Drive**
**Manchester, NH 03108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,360.00** |
|---|---|---|---|

**Chris Maher**
**43 Powder Hill Road**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,840.00** |
|---|---|---|---|

**Chris Mastrangelo**
**50 Vaughn Hill**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The International Golf Club, LLC**

Case number (if known)   **20-40524-CJP**

Name

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,800.00 |
|------|---|---|---|
| | **Chrisann Taras** | ☐ Contingent | |
| | **22 Lisa Lane** | ☒ Unliquidated | |
| | **Waltham, MA 02452** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,560.00 |
|------|---|---|---|
| | **Christopher Callahan** | ☐ Contingent | |
| | **116 Turnpike Rd, Unit 6** | ☒ Unliquidated | |
| | **Chelmsford, MA 01824** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|------|---|---|---|
| | **Christopher Egan** | ☒ Contingent | |
| | **2 Commonwealth Ave Apt 10G** | ☒ Unliquidated | |
| | **Boston, MA 02116** | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|------|---|---|---|
| | **Christopher Litterio** | ☒ Contingent | |
| | **19 Pine Pasture Run** | ☒ Unliquidated | |
| | **Boxborough, MA 01719** | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,560.00 |
|------|---|---|---|
| | **Christopher Petranto** | ☐ Contingent | |
| | **123 Greystone Lane** | ☒ Unliquidated | |
| | **Carlisle, MA 01741** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,560.00 |
|------|---|---|---|
| | **Christopher Powell** | ☐ Contingent | |
| | **26 Park Street** | ☒ Unliquidated | |
| | **Maynard, MA 01754** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,360.00 |
|------|---|---|---|
| | **Christopher Staal** | ☐ Contingent | |
| | **14 Dennis Drive** | ☒ Unliquidated | |
| | **Leominster, MA 01453** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,600.00** |
|---|---|---|---|

**Clinton HS Class of**
**Paul Zapantis, 281 Mills St Ext**
**Lancaster**
  **MA 01523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,097.50** |
|---|---|---|---|

**CLUBSTER LLC**
**11911 NE FIRST ST., B101**
**BELLEVUE, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65.51** |
|---|---|---|---|

**COBRA GOLF INC**
**P.O. BOX 74008948**
**CHICAGO, IL 60674-8948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$348.00** |
|---|---|---|---|

**COCA COLA REFRESHMENTS USA INC.**
**PO BOX 419784**
**BOSTON, MA 02241-9784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$345.00** |
|---|---|---|---|

**Colin Pagington**
**20 Runaway Brook Road**
**Lancaster, MA 01523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.00** |
|---|---|---|---|

**Colin Ruschioni**
**318 Ball Hill Road**
**Princeton, MA 01541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$395.00** |
|---|---|---|---|

**Colin Small**
**30 Dewey Street**
**Clinton, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (*if known*) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,062.43** |
|---|---|---|---|

**COMCAST BUSINESS, LLC.**
**PO BOX 37601**
**PHILADELPHIA, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$515.89** |
|---|---|---|---|

**COMCAST BUSINESS, LLC.**
**PO BOX 37601**
**PHILADELPHIA, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.50** |
|---|---|---|---|

**COMMTRAK**
**17493 NASSAU COMMONS**
**LEWES, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Cormier/Michalowicz**
**1 Spring Brook Ct.**
**Mendon, MA 01756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,544.16** |
|---|---|---|---|

**COUNTRY CLUB ENTERPRISES, LLC**
**2D EXPRESS DRIVE**
**WAREHAM, MA 02571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**CRAFT BEER GUILD, LLC**
**170 MARKET STREET**
**EVERETT, MA 02149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Craig Szeman**
**9 Fairfield ST**
**Boston, MA 02116**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,356.47 |
|---|---|---|---|

**DAF SERVICES, INC.**
**20 LAWNACRE ROAD**
**WINDSOR LOCKS, CT 06096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|

**Daniel Auditore**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Daniel Gorman**
**26 Richards Road**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,800.00 |
|---|---|---|---|

**Daniel Graham**
**78 East Temple Street**
**Boylston, MA 01505**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,325.00 |
|---|---|---|---|

**Daniel Kerner**
**5 Hickory Rd**
**Southborough, MA 01772**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Daniel Nissi**
**30 Bullard Lane**
**Millis, MA 02054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,695.00 |
|---|---|---|---|

**Danielle Lee**
**75 Virginia Road**
**Concord, MA 01742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00**

**Darrel Andrews**
**12 Alan Rd**
**Hudson, MA 01749**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Darren Johnston**
**1 Turtle Bay Lane**
**Southampton  SN01 BERMUDA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Dave Phaneuf**
**203 Bolton St**
**Marlboro, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**David A. Moreno**
**55 Littleton Road Unit 12B**
**Ayer, MA 01432**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,990.00**

**David Arcari**
**31 Flint Pond Dr**
**North Grafton, MA 01536**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00**

**David Barberio**
**14 Cross Street**
**Southboro, MA 01772**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00**

**David Bellinger**
**7 Rockport Road**
**Weston, MA 02493**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,715.00** |
|---|---|---|---|

**David Bloss**
**171 Littleton Country Road**
**Harvard, MA 01451**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**David Broecker**
**400 Concord Road**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,050.00** |
|---|---|---|---|

**David Fisher**
**3 Elizabeth Ln.**
**Sterling, MA 01564**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00** |
|---|---|---|---|

**David Lessner**
**77 Court Street, Unit 305**
**Newton, MA 02458**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,706.25** |
|---|---|---|---|

**David Montgomery**
**182 Boxboro Road**
**Stow, MA 01775**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,500.00** |
|---|---|---|---|

**David Norton**
**5 Crowell Farm Road**
**Concord, MA 01742**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**David Patrick**
**71 Pope Road**
**Acton, MA 01720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Philbin**
**7508 Crosshill Court**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**David Porter**
**17 Twillingate Lane**
**Sudbury, MA 01776**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**David Skok**
**23 South Great Road**
**Lincoln, MA 01773**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,695.00 |
|---|---|---|---|

**David Skok**
**23 South Great Road**
**Lincoln, MA 01773**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,100.00 |
|---|---|---|---|

**David Sperry**
**141 Brown Road**
**Bolton, MA 01740**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**David T. McKay**
**825 West Street**
**Carlisle, MA 01741**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**Deb Morrison**
**PO Box 435**
**Lancaster, MA 01523**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Deborah McLaughlin**<br>**78 Village View Road**<br>**Westford, MA 01886** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,938.78 |
|---|---|---|---|
| | **Dee Biggs**<br>**9 Capt Forbush Ln**<br>**Acton, MA 01720** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|
| | **Denis Berube**<br>**1235-5 Monument Street**<br>**Concord, MA 01742** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,423.66 |
|---|---|---|---|
| | **DENNIS K. BURKE, INC.**<br>**PO BOX 3639**<br>**BOSTON, MA 02241-3639** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|
| | **Diane Bodine**<br>**476 Linden St**<br>**Boylston, MA 01505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Diane Mullahy**<br>**89 Macfarlane Dr**<br>**Del Ray Beach, FL 33483** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $610.00 |
|---|---|---|---|
| | **Dick Bower**<br>**504D Ridgefield Circle**<br>**Clinton, MA 01510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Diego Messina**
**90 Kodiak Way Apt 2716**
**Waltham, MA 02451**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**DJ Bosse**
**589 Concord Road**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,695.00** |
|---|---|---|---|

**Dominic Schiavone**
**15 Forbes Rd**
**Hudson, MA 01749**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Don Casey**
**61 Jordan Road**
**Brookline, MA 02446**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Don Gaiter**
**49 Possum Road**
**Weston, MA 02493**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,325.00** |
|---|---|---|---|

**Donald Block**
**138 Walden Way**
**Milford, MA 01757**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Donald Byrnes**
**18 Richard Ave**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Donald Cristy**
**Cristy Corporation**
**260 Authority Drive**
**Fitchburg, MA 01420**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Donald Spigarelli**
**99 Indian Hill Road**
**Groton, MA 01450**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Douglas Petersen**
**47 Westview Road**
**Brookline, NH 03033**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Douglas Potter**
**47 Powers Road**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**Drew Sandstrom**
**39 Sunset Ridge Lane**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00** |
|---|---|---|---|

**Drew Tucci**
**4 Bartlett Drive**
**Bedford, NH 03110**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$406.41** |
|---|---|---|---|

**E.L. HARVEY & SONS, INC.**
**68 HOPKINTON ROAD**
**WESTBORO, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The International Golf Club, LLC | Case number (if known) | 20-40524-CJP |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Eastern Bank**
**155 Dartmouth St.**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.76 |
|---|---|---|---|

**ECOLAB CENTER INC.**
**PO BOX 32027**
**NEW YORK, NY 10087-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.05 |
|---|---|---|---|

**ECOLAB PEST ELIM. DIV.**
**26252 NETWORK PLACE**
**CHICAGO, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,835.00 |
|---|---|---|---|

**Ed Heald**
**70 Rodgers Road**
**Carlisle, MA 01741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,297.00 |
|---|---|---|---|

**Ed Hyson**
**154 Claybrook Road**
**Dover, MA 02030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
|---|---|---|---|

**Eddie Wen**
**17 Thoreau Road**
**Northboro, MA 01532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,241.71 |
|---|---|---|---|

**EDF ENERGY SERVICES LLC**
**PO BOX 74007029**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Edward "Terry" Dangel**
**11 Chestnut St**
**Boston, MA 02108**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Edward Baker**
**9 Elizabeth Road**
**Hopkinton, MA 01748**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00** |
|---|---|---|---|

**Edward Cannie**

**Dover, MA 02030**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Edward Heald**
**70 Rodgers Road**
**Carlisle, MA 01741**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Edward Hyson**
**154 Claybrook Road**
**Dover, MA 02030**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Edward O'Brien**
**680 South Ave Unit #5**
**Weston, MA 02493**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00** |
|---|---|---|---|

**Eiji Miyanaga**
**220 Mansfield Drive**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
| | **Emery Guertin** | ■ Contingent | |
| | **121 Russell Road** | ■ Unliquidated | |
| | **Framingham, MA 01702-2245** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,225.00** |
| | **Emily Peterson** | ☐ Contingent | |
| | **10 Powhatan Road** | ■ Unliquidated | |
| | **Pepperell, MA 01463** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,900.00** |
| | **Eric Hanson** | ■ Contingent | |
| | **38 Carriage Road** | ■ Unliquidated | |
| | **Lowell, MA 01852** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,360.00** |
| | **Ernest Elliott** | ☐ Contingent | |
| | **79 Beacon Street** | ☐ Unliquidated | |
| | **Boston, MA 02108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
| | **Ernie Michaud** | ☐ Contingent | |
| | **302D Ridgefield Circle** | ☐ Unliquidated | |
| | **Clinton, MA 01510** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
| | **ETL Corp** | ☐ Contingent | |
| | **Jenni Lee Colosi** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
| | **Evan Gewirtz** | ■ Contingent | |
| | **2687 Paige Way** | ■ Unliquidated | |
| | **San Ramon, CA 94582** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,225.00 |
|---|---|---|---|

**Evan McCullough**
16 Armstrong Dr
Westborough, MA 01581

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.00 |
|---|---|---|---|

**Evan Membrino**
32 Hudson Road
Bolton, MA 01740

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.00 |
|---|---|---|---|

**F.G. SULLIVAN DRILLING CO, INC.**
394 PARKER ROAD
LANCASTER, MA 01523

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Fay School Gala**
48 Maint St.
Southborough
 MA 01772

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.30 |
|---|---|---|---|

**FINCH SERVICES INC**
1127 LITTLESTOWN PIK
WESTMINSTER, MD 21157

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.52 |
|---|---|---|---|

**FISHER AUTO PARTS, INC.**
600 MAIN STREET
CLINTON, MA 01510

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,400,000.00 |
|---|---|---|---|

**Florence Weadock**
c/o John Altamore, Esq.
Fusaro Altomare & Ermilio Law Office
71 Elm Street
Worcester, MA 01609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**For Kids Sake**
**39 Cowell St.**
**Plainville, MA 02762**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.27 |
|---|---|---|---|

**Ford Motor**
**PO Box 220564**
**Pittsburgh, PA 15257**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,480.00 |
|---|---|---|---|

**Frank Hill**
**3 Avon St**
**Reading, MA 01867**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Fred DiGregorio**
**322 Worcester Street**
**Southbridge, MA 01550**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Frederick Richards**
**760 Waterford Drive unit 204**
**Naples, FL 34113**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Gary Breitbord**
**43 Carter Drive**
**Framingham, MA 01701**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,695.00 |
|---|---|---|---|

**Gary Culyer**
**98 Outlook Dr**
**Lexington, MA 02421**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary Ghigliotti**
**38 Marcy St.**
**Portsmouth, NH 03801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,695.00 |
|---|---|---|---|

**Gary Kroll**
**12 Alder Way**
**Lunenburg, MA 01462**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.00 |
|---|---|---|---|

**Gary Renczkowki**
**232 Bolton Station Road**
**Lancaster, MA 01523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,800.00 |
|---|---|---|---|

**Geoffrey Filker**
**15 Chanticleer Road**
**Sudbury, MA 01776**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**George E. Miller III**
**50 Corn Road**
**Bolton, MA 01740**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**George Keches**
**2 Chestnut Lane**
**Medfield, MA 02052**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**George Leite**
**35 Old Mill Road**
**Leominster, MA 01523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00** |

**George Shimer**
**54 Campbell Road**
**Wayland, MA 01778**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,000.00** |

**Gerald Buckley**
**C/O UPS**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,000.00** |

**Gerry Curley**
**156 Ballville Road**
**Bolton, MA 01740**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,100.00** |

**Gil Cote**
**54 Meadow Rd**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,360.00** |

**Glenn Deming**
**54 Gilchrest Street**
**Lunenburg, MA 01462**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,106.00** |

**Glenn Noland**
**129 Taylor Road**
**Marlborough, MA 01752**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$239.80** |

**GOOD AS GOLD COFFEE SYSTEMS, INC.**
**115 GREEN ST**
**WORCESTER, MA 01604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,179.98** |
|---|---|---|---|

**GPS INDUSTRIES, LLC**
**1074 N. ORANGE AVE.**
**SARASOTA, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$202.23** |
|---|---|---|---|

**GRAINGER INC.**
**DEPT. 832961098**
**PALATINE, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Greenlight Fund**
**120 St. James Ave. 6th Floor**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,225.00** |
|---|---|---|---|

**Greg Borecki**
**13 Village Road**
**Pepperell, MA 01463**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Guidepoint Security**
**2201 Cooperative Way**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Hank Fitzgerald**
**6 McGregory Road**
**SturBridge, MA 01566**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,435.20** |
|---|---|---|---|

**HARRELL'S LLC**
**PO BOX 935358**
**ATLANTA, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harry Manion**
**60 State St.,STE 2400**
**Boston, MA 20109**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Health Alliance Hosp**
**60 Hospital Road**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,609.38 |
|---|---|---|---|

**HELENA CHEMICAL**
**PO BOX 198153**
**ATLANTA, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Herbert Ingram**
**44 Elm Street, #518**
**Worcester, MA 01609**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $789.24 |
|---|---|---|---|

**HORIZON BEVERAGE COMPANY**
**PO BOX 1165**
**NORTON, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $680.00 |
|---|---|---|---|

**IDEAL FIRE PROTECTION, INC.**
**54 ALLEN STREET**
**CLINTON, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Irish Children's Hos**
**P.O. Box 431**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The International Golf Club, LLC**                    Case number (if known)   **20-40524-CJP**
Name

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,225.00** |
|---|---|---|---|

**Ivonne McLaughlin**
**5 Hubbard Lane**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.00** |
|---|---|---|---|

**J.R. GRADY & SONS, INC.**
**18 MARSHALL STREET**
**CLINTON, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Jack Cincotta**
**4 Lamson Avenue**
**Hudson, MA 01749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.00** |
|---|---|---|---|

**Jack Naughton**
**414 Nicholas Drive**
**Lancaster, MA 01523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Jack W. Britts**
**2021 St. Andrews Road**
**Greensboro, NC 27408**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**Jackson Libby**
**172 Ballville Road**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**James Benson**
**63 Winsor Way**
**Weston, MA 02493**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,184.15** |
|---|---|---|---|

**James Callahan**
**5 Pennsylvania Ave**
**Chelmsford, MA 01824**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Haynes Jr.**
**565 Malden Street**
**Holden, MA 01520**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Hryniewich**
**18 Grist Mill Road**
**Littleton, MA 01460**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,000.00** |
|---|---|---|---|

**James I. Cash**
**16 Highgate Road**
**Wellesley, MA 02481-1420**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**James Morin**

**00000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,695.00** |
|---|---|---|---|

**James Nolan**
**155 Brookbend Rd**
**Fairfield, CT 06824**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,000.00** |
|---|---|---|---|

**James Wolfsberg**
**4 Garland Road**
**Lincoln, MA 01773**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **The International Golf Club, LLC**                                Case number (if known)    **20-40524-CJP**
_____
Name

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Jared Johnson**
**50 Clarke Dr**
**Marlboro, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Jarrod Gomes**
**3 Woodruff Road**
**Clinton, MA 01510**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**JCC Greater Boston**
**333 Nahanton Street**
**Newton, MA 02459**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Jeff Stoddard**
**69 Randall Road**
**Berlin, MA 01503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Jeffrey Black**
**6025 Joshua Road**
**Ft. Washington, PA 19034**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,360.00** |
|---|---|---|---|

**Jeffrey Gore**
**8 Palmer Lane**
**Acton, MA 01720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Jeffrey Lindholm**
**2 Gina Drive**
**Hopkinton, MA 01748**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Jeffrey Long**
59 Evelina Dr
Marlborough, MA 01752

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Jeffrey McCarthy**
171 Pope Road
Acton, MA 01720

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|

**Jeffrey O'Neill**
78 Fisher Street
Medway, MA 02053

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,397.46 |
|---|---|---|---|

**Jeffrey Ward**
381 Willow Street
Mansfield, MA 02048

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,695.00 |
|---|---|---|---|

**Jeremy Cratty**
7 Peabody Drive
Stow, MA 01775

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|

**Jerome Rappaport Jr.**
419 Grove Street
Needham, MA 02492

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Jess Hatch**
27 Radcliffe Road
Wellesley, MA 02482

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.253**

**Nonpriority creditor's name and mailing address**

**Jim Alibrandi**
**70 Treble Cove Road**
**Billerica, MA 01862**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$65,000.00**

---

**3.254**

**Nonpriority creditor's name and mailing address**

**Jim Alibrandi**
**70 Treble Cove Road**
**Billerica, MA 01862**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,295.00**

---

**3.255**

**Nonpriority creditor's name and mailing address**

**Jim Blais**
**3 Champlain Drive**
**Hudson, MA 01749**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.256**

**Nonpriority creditor's name and mailing address**

**Jim Duggan**
**PO Box 606**
**Maynard, MA 01754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.257**

**Nonpriority creditor's name and mailing address**

**Jim Moran**
**81 Carisbrooke Road**
**Wellesley, MA 02481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.258**

**Nonpriority creditor's name and mailing address**

**Jim O'Shea**
**6 Arlington Street Unit 6**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.259**

**Nonpriority creditor's name and mailing address**

**Jimmy Fund Opening D**
**10 Brookline Place West**
**Brookline, MA 02445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Jimmy Fund Sunrise t**
**10 Brookline Place West**
**Brookline, MA 02445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Joe Ashby**
**116 Green Road**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Joe Facendola**
**81 Greeley St**
**Clinton, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joe Jr. Oliveri**

**00000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Joe Maestri**
**329 Chestnut Street**
**Clinton, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00**

**Joe Rausa**
**54 White Street**
**Littleton, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Joel Bradley**
**141 Magazine Street**
**Cambridge, MA 02139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joel Bradley**
**141 Magazine Street**
**Cambridge, MA 02139**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $475.00 |
|---|---|---|---|

**Joel Richards**
**104 Coventry Wood Road**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**John Adams**
**39 Tabor Hill Road**
**Lincoln, MA 01773**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**John Axten**
**28 Laurel Street**
**Concord, MA 01742**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**John Bates**
**10 Dennis Street**
**Clinton, MA 01510**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,100.00 |
|---|---|---|---|

**John Bates**
**10 Dennis Street**
**Clinton, MA 01510**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**John Berylson**
**38 Highgate Road**
**Wellesley Hills, MA 02481**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**John Besemer**
**17 Lafayette Drive**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**John Butler**
**56 Ethier Circle**
**Marlboro, MA 01752**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**John Clementi**
**31B Bullard Road**
**Princeton, MA 01541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|

**John Croce**
**18 White Oaks Lane**
**Reading, MA 01867**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,100.00** |
|---|---|---|---|

**John Croce**
**18 White Oaks Lane**
**Reading, MA 01867**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**John Cussen**
**227 Harvard Road**
**Bolton, MA 01740**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00** |
|---|---|---|---|

**John Diefenbach**
**51 Drumlin Hill Road**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**John Drago**
**20 Custom House St.**
**Boston, MA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**John Finn**
**147 Peach Hill Road**
**Berlin, MA 01503**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**John Fleming JS Fleming**
**1811 Lynds Hill Road**
**Plymouth, VT 05056**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,100.00**

**John Gillis**
**One Warburton Lane**
**Westborough, MA 01581**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

**John Gouley**
**70 Gates Road**
**Shrewsbury, MA 01545**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00**

**John Jasan**
**1 Jackie Way**
**Clinton, MA 01510**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Lauer**

**00000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|

Name

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**John M. Lynch**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,650.00** |
|---|---|---|---|

**John McKenna**
150 Oak Trail
Bolton, MA 01740

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**John McNamara**
56 Berlin St
Clinton, MA 01510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,650.00** |
|---|---|---|---|

**John O'Brien**
18 Lost Oak Rd
West Boylston, MA 01583

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**John Tegan**
51 Commonwealth Ave
Boston, MA 02116

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**John Tegan**
269 Crawford Street
Northborough, MA 01532

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,360.00** |
|---|---|---|---|

**John Tegan III**
269 Crawford Street
Northborough, MA 01532

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Jon Gould | ☐ Contingent | |
| | 14 Wellington Dr | ■ Unliquidated | |
| | Hudson, MA 01749 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | Jonathan Kennedy | ☐ Contingent | |
| | 255 Evelina Drive | ☐ Unliquidated | |
| | Marlborough, MA 01752 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|
| | Jonathon Jacobson | ■ Contingent | |
| | 195 Concord Road | ■ Unliquidated | |
| | Wayland, MA 01778 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Jorgen Madsen | ☐ Contingent | |
| | 72 Golden Run Road | ■ Unliquidated | |
| | Bolton, MA 01740 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|
| | Joseph Cariglia | ■ Contingent | |
| | 188 Lincoln Street | ■ Unliquidated | |
| | Worcester, MA 01605 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|
| | Joseph Harney | ■ Contingent | |
| | 47 Glen Ct. | ■ Unliquidated | |
| | Southborough, MA 01772 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|
| | Joseph Mullany | ■ Contingent | |
| | DMC Corporate Office 3990 John R St | ■ Unliquidated | |
| | Detroit, MI 48201 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Joseph Oliveri**
**13 Steel Road**
**Hopedale, MA 01747**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Joseph Palange**
**123 Chapin Rd, Unit 2A**
**Hudson, MA 01749**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,100.00** |
|---|---|---|---|

**Joseph Rabbitt**
**364 Thoreau Street**
**Concord, MA 01742**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,500.00** |
|---|---|---|---|

**Justin Harney**
**47 Glen Ct.**
**Southborough, MA 01772**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,812.50** |
|---|---|---|---|

**Karen Brandvold**
**19 Autumn Lane**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.13** |
|---|---|---|---|

**KATYDID FLOWERS, INC.**
**32 HASTINGS STREET, STE. 103**
**MENDON, MA 01756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,312.00** |
|---|---|---|---|

**Ken Barber**
**PO Box 678**
**Natick, MA 01760**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Ken Martin**
**9 Sauta Farm Way**
**Hudson, MA 01749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00** |
|---|---|---|---|

**Kendall MacCulloch**
**1 Rebecca Ave**
**Hudson, MA 01749**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|

**Kenneth Guiel**
**49 Concord St**
**Maynard, MA 01754**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,500.00** |
|---|---|---|---|

**Kenneth Martin**
**52 North Cross Road**
**North Andover, MA 01845**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Kevin Harrison**
**17 Carriage Hill Circle**
**Southborough, MA 01772**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Kevin McNamara**
**190 East Grand Ave.**
**Old Orchard Beach, ME 04064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,100.00** |
|---|---|---|---|

**Kevin Nolin**
**115 Blanchette Drive**
**Marlborough, MA 01752**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,344.00** |
|---|---|---|---|

**Kingsley Norris**
**50 Hastings Rd.**
**Hudson, MA 01749**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,695.00** |
|---|---|---|---|

**Ko Ishikura**
**122 Drumlin Hill Road**
**Bolton, MA 01740**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Kurt Bierig**
**15 North Cove Road**
**Sterling, MA 01564**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$825.00** |
|---|---|---|---|

**Larry Lavalee**
**67 Treaty Elm Lane**
**Stow, MA 01775**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Larry Murray**
**904 Massachusetts Avenue**
**Lexington, MA 02420**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Larry Murray**
**904 Massachusetts Avenue**
**Lexington, MA 02420**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Ledyard Smith**
**P.O. Box 800**
**Bolton, MA 01740**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,600.00** |
|---|---|---|---|
| | **Lee and Mason Financ**<br>**PO Box 270**<br>**Northville, NY 21134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39.80** |
|---|---|---|---|
| | **LEXYL TRAVEL TECHNOLOGIES LLC**<br>**PO BOX 645452**<br>**PITTSBURGH, PA 15264-5452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$245.00** |
|---|---|---|---|
| | **Liam Hall**<br>**19 Lanes End Road**<br>**Stow, MA 01775** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,000.00** |
|---|---|---|---|
| | **Linda Pilla**<br>**2627 Commons Drive**<br>**Glenview, IL 60026** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,295.00** |
|---|---|---|---|
| | **Linda Pilla**<br>**2627 Commons Drive**<br>**Glenview, IL 60026** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,800.00** |
|---|---|---|---|
| | **Louis Battaglia**<br>**5 Dixfield Street**<br>**Wilmington, MA 02127** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$605.97** |
|---|---|---|---|
| | **LOWE'S BUSINESS ACCOUNT**<br>**PO BOX 530970**<br>**ATLANTA, GA 30353-0970** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
| | Name | | |

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Lowell General Hospital**<br>**295 Varnum Ave.**<br>**Lowell, MA 01854-2193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,200.00** |
|---|---|---|---|
| | **MA Business Aviation**<br>**PO Box 5396**<br>**Wayland, MA 01778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$679.64** |
|---|---|---|---|
| | **MAIL FINANCE INC.**<br>**DEPT 3682-POBox 123682**<br>**DALLAS, TX 75312-3682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|
| | **Marc Idelson**<br>**7950 W. Sunset Boulevard Apt 235**<br>**Los Angeles, CA 90046** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|
| | **Marc Kozin**<br>**586 Old Marlboro Rd.**<br>**Concord, MA 01742** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|
| | **Marcel Leger**<br>**20 Brooks Pond  Apt #202**<br>**Leominster, MA 01453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|
| | **Margaret Quigley**<br>**4615 Center Blvd. Apt 2905**<br>**Long Island City, NY 11109** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | The International Golf Club, LLC | Case number (if known) | 20-40524-CJP |
|---|---|---|---|
| | Name | | |

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

Marian Kreeb
171 West Bare Hill Rd
Harvard, MA 01451

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Mark Barber

00000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,348.00 |
|---|---|---|---|

Mark Bonner
72 Winter St
Natick, MA 01760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

Mark Bonner Jr.
72 Winter St
Natick, MA 01760

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|

Mark Corrigan
389 Marlborough Street
Boston, MA 02115

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|

Mark F. O'Connell
P.O. Box 1077
Moultonboro, NH 03254

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,694.00 |
|---|---|---|---|

Mark Masterson
35 Goose Pond Rd
Lincoln, MA 01773

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,238.00** |
|---|---|---|---|

**Mark Osullivan**
**37 Constitution Drive**
**Southborough, MA 01772**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Mark Quinlivan**
**18 Birch Brush Road**
**Shrewsbury, MA 01545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,497.17** |
|---|---|---|---|

**MARTIGNETTI COMPANIES, LLC**
**500 JOHN HANCOCK ROAD**
**TAUNTON, MA 02780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,275.00** |
|---|---|---|---|

**Martin Connors**
**170 Jamestown Road**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00** |
|---|---|---|---|

**Mary Kittredge**
**12 Beacon Street**
**Clinton, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Mass Bio Ed**
**300 Technology Square-8th Floor**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**MASS GOLF ASSOCIATION**
**300 ARNOLD PALMER BLVD.**
**NORTON, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Matt Gorman**
**674 Concord Road**
**Marlboro, MA 01752**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew CampoBasso**

**00000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Matthew Cristy**
**171 Red Acre Rd**
**Concord, MA 01742**

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Prepaid Golf Membership**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00** |
|---|---|---|---|

**Matthew Rancourt**
**66 Nashaway Road**
**Bolton, MA 01740**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,089.71** |
|---|---|---|---|

**MAUI JIM**
**PO BOX 203861**
**DALLAS, TX 75320-3861**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,089.71** |
|---|---|---|---|

**MAUI JIM**
**PO BOX 203861**
**DALLAS, TX 75320-3861**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,360.00** |
|---|---|---|---|

**Maureen McNally**
**331 Church Street**
**Clinton, MA 01510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,500.00** |
|---|---|---|---|

**Medacuity Software**
**210 Littleton Road**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,812.00** |
|---|---|---|---|

**MGA (Mass Golf Association)**
**c/o Naomi Nesenoff**
**300 Arnold Palmer Blvd**
**Norton, MA 02766**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Michael Barnicle**
**20 Trapelo Road**
**Lincoln, MA 01773**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Michael Bassinger**
**24 Kendra Lane**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00** |
|---|---|---|---|

**Michael DeNofrio**
**BNY Mellon, 4400 Computer Dr**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Michael F. Iodice Jr.**
**71 Westcliff Road**
**Weston, MA 02493**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Michael Galli**
**11c Carnation Cir**
**Readig, MA 01867**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (*if known*) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.365**

**Nonpriority creditor's name and mailing address**

**Michael Gardner**
**28 Hidden Brook Drive**
**Stamford, CT 06907**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,295.00**

---

**3.366**

**Nonpriority creditor's name and mailing address**

**Michael Hughes**
**182 Pine Hill Road**
**Boxboro, MA 01719**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,695.00**

---

**3.367**

**Nonpriority creditor's name and mailing address**

**Michael Kavaleski**
**64 Farm Rd**
**Stow, MA 01775**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.368**

**Nonpriority creditor's name and mailing address**

**Michael Lynch**
**340 Sunderland**
**Worcester, MA 01604**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,560.00**

---

**3.369**

**Nonpriority creditor's name and mailing address**

**Michael McGuinness**
**32 Sears Road**
**Southborough, MA 01772**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$65,000.00**

---

**3.370**

**Nonpriority creditor's name and mailing address**

**Michael Murphy**
**72 Fox Run**
**Bolton, MA 01740**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$65,000.00**

---

**3.371**

**Nonpriority creditor's name and mailing address**

**Michael Panagakos**
**21 Carroll Circle**
**Weston, MA 02493**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Michael Romano**
**62 Flint Road**
**Concord, MA 01742**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Michael Ruettgers**
**453 Bedford Road**
**Carlisle, MA 01741**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,800.00** |
|---|---|---|---|

**Michael Sperlinga**
**1 Charles St S #1B**
**Boston, MA 02116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
|---|---|---|---|

**Michael Sutkowski**
**266 Longhill Road**
**Bolton, MA 01740**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Michael Thompson**
**7 Woodcrest Road**
**Westborough, MA 01581**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,349.00** |
|---|---|---|---|

**Michael Worhach**
**52 Chandler St #2**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00** |
|---|---|---|---|

**MICROBAC LABORATORIES, INC.**
**PO BOX 3510**
**PITTSBURG, PA 15230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,295.00** |
|---|---|---|---|

**Mike Speer**
**50 Riverpath Drive #12**
**Framingham, MA 01701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$845.00** |
|---|---|---|---|

**MONAHAN GROUP, INC.**
**340 MAIN STREET, SUITE 906**
**WORCESTER, MA 01608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$285.00** |
|---|---|---|---|

**MORAN PLUMBING & HEATING INC.**
**54 ALLEN STREET**
**CLINTON, MA 01510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$720.00** |
|---|---|---|---|

**MOUNT HOPE ENGINEERING, INC.**
**1788 G.A.R. HIGHWAY**
**SWANSEA, MA 02777**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$183.76** |
|---|---|---|---|

**MTE, INC.**
**33 THRUWAY PARK DRIVE**
**W  HENRIETTA, NY 14586**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$870.00** |
|---|---|---|---|

**Nashoba HS Class of**
**50 Mechanic St.**
**Bolton**
**    MA 01740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$870.00** |
|---|---|---|---|

**Nashoba HS Drama**
**8 Herbert Road**
**Chelmsford**
**    MA 01824**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number *(if known)* | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Nathan Jaques**
**42 Skilton Ln**
**Burlington, MA 01803**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,535.19** |
|---|---|---|---|

**NATIONAL GRID**
**PO BOX 29791**
**NEW YORK, NY 10087-9791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$466.96** |
|---|---|---|---|

**NEEDHAM ELECTRIC SUPPLY**
**PO BOX 55008**
**BOSTON, MA 02205-5008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Neurofibromatosis, I**
**9 Bedford St.**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**NEW ENGLAND WATER WORKS**
**ASSOCIATION**
**125 HOPPING BROOK RD**
**HOLLISTON, MA 01746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Nicholas Manzi**
**1 Lakeview Path**
**Hopkinton, MA 01748**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Nicholas Markey**
**35 Gregorie Drive**
**Marlborough, MA 01752**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,560.00** |
|---|---|---|---|

**Nicholas Shaw**
**5615 Stearns Hill Rd.**
**Waltham, MA 02451**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nick Duren**
**398 Main Street**
**Acton, MA 01720**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,900.00** |
|---|---|---|---|

**Nick Hemond**
**6 Messenger Street**
**Plainville, MA 02762**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,665.00** |
|---|---|---|---|

**Nick Palange**
**2 Linden St**
**Hudson, MA 01749**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nillson Melker**
**125 Vientos Rd**
**Camarillo, CA 93010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Norman R. Veenstra**
**6300 Flotilla Dr Apt 104**
**Holmes Beach, FL 34217**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192.00** |
|---|---|---|---|

**NORTHEAST CUTLERY SVC. INC.**
**244 ASH STREET**
**READING, MA 01867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Nypro league**

**MA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**NYPRO-Charity Golf Outing
The Amber Foundation: 101 Union Street
Clinton, MA 01510**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**OMNIUM PROTECTION GROUP, INC.
303 WYMAN ST., SUITE 300
WALTHAM, MA 02451-1208**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,044.80** |
|---|---|---|---|

**ONYX CENTERSOURCE
PO BOX 802949
DALLAS, TX 75380**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,007.63** |
|---|---|---|---|

**OSTERMAN PROPANE, LLC
PO BOX 150
WHITINSVILLE, MA 01588**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**Pat Delaney
217 Chapman Place
Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Pathways**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Patrick Scannell**
**184 Beacon Street Unit 3**
**Boston, MA 02116**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Paul Burke Jr.**
**11 White Dove Road**
**Franklin, MA 02038**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,995.50** |
|---|---|---|---|

**Paul Cavicchio Jr.**
**412 Great Road**
**Stow, MA 01775**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Paul Chisholm**
**78 Shepherd Road**
**Medford, MA 02155**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,360.00** |
|---|---|---|---|

**Paul Iasiello**
**5 Carroll Drive**
**Westborough, MA 01581**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,500.00** |
|---|---|---|---|

**Paul Janda**
**64 Mountainview Road**
**Leominster, MA 01453**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Paul Kerrigan**
**13 Colt Road**
**Franklin, MA 02038**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Paul Mastroianni**
**9 Southbarn Road**
**Hopkinton, MA 01748**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Paul Mastroianni**
**9 Southbarn Road**
**Hopkinton, MA 01748**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Paul McCown**
**15 Bristol Avenue**
**Clinton, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Paul McCulley**
**242 Bolton Road PO box 595**
**S. Lancaster, MA 01561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Paul O'Malley**
**30 Sherwood Drive**
**Marlboro, MA 01752**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00** |
|---|---|---|---|

**Paul Persico**
**51 Causeway Street**
**Hudson, MA 01749**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Paula Angelini**
**14 Old Winter Street**
**Lincoln, MA 01773**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|

Name

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Pearl Burton**
**1269 Central Street**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,360.00** |
|---|---|---|---|

**Perry Perisho**
**249 Sudbury Rd**
**Stow, MA 01775**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Basile**
**28 Murray Lane**
**Harvard, MA 01451**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00** |
|---|---|---|---|

**Peter Breen**
**292 Main Street**
**Groton, MA 01450**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Peter C. Schliemann**
**50 Silver Hill Road**
**Lincoln, MA 01773**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Peter J. Bassett**
**115 Buckskin Dr**
**Weston, MA 02493**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,597.92** |
|---|---|---|---|

**PETER MILLAR LLC**
**PO BOX 744420**
**ATLANTA, GA 30374-4420**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **The International Golf Club, LLC**                                      Case number (if known)    **20-40524-CJP**

Name

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,349.00** |
|---|---|---|---|

**Peter Schliemann**
**50 Silver Hill Road**
**Lincoln, MA 01773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Peter Schofield**
**220 Candlestick Road**
**North Andover, MA 01845**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.56** |
|---|---|---|---|

**PETERSON LINEN RENTAL & SALES**
**215 SHAW STREET**
**BRAINTREE, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,650.00** |
|---|---|---|---|

**Phil Jones**
**12 Clark Lane**
**Sudbury, MA 01776**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Phil O'Connor**
**15 Indian Hill Road**
**Woburn, MA 01801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Philippe Grenier**
**22 Forty Acres Drive**
**Wayland, MA 01778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Piper Electric**
**186 Main St**
**Leominster, MA 01453**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.18 |
|---|---|---|---|

**QUADIENT FINANCE USA-Neofunds**
**PO BOX 6813**
**CAROL STREAM, IL 60197-6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.00 |
|---|---|---|---|

**QUALITY BEVERAGE, ACCT# 05443**
**PO BOX 671**
**TAUNTON, MA 02780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,592.00 |
|---|---|---|---|

**Ralph Ellis**
**136 Main Street**
**Southborough, MA 01772**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,874.57 |
|---|---|---|---|

**Raymond Grenier**
**Bolton Capital Group, Inc., 579 Main St**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,990.00 |
|---|---|---|---|

**Raymond Martino**
**42 Woodmont Drive**
**Hollis, NH 03049**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414.00 |
|---|---|---|---|

**READYREFRESH BY NESTLE**
**PO BOX 856192**
**LOUISVILLE, KY 40285-6192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,173.00 |
|---|---|---|---|

**Real Estate Taxes**
**PO BOX 127**
**BOLTON, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,360.00** |
|---|---|---|---|

**Rene Hemond**
**148 Mary Catherine Drive**
**Lancaster, MA 01523**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,695.00** |
|---|---|---|---|

**Richard Burpee**
**158 Skyline Drive**
**Acton, MA 01720**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Connors**
**30 Orchard Rd**
**Southborough, MA 01772**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Richard Cremmen**
**12 Montgomery Ave**
**Falmouth, MA 02540**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**Richard Duffy**
**210 Lincoln ST Unit 601**
**Boston, MA 02110**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Richard Feldt**
**445 Lowell Rd**
**Concord, MA 01742**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Richard Fosler**
**4 Arnold Terrace**
**Marblehead, MA 01945**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **The International Golf Club, LLC** | Case number (*if known*) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Richard Greene**
**89 Thornberry Road**
**Winchester, MA 01890**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Richard Lucier**
**4828 Magnolia Lake Drive**
**Unit 401**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Richard Mayo**
**12 Garrison House Lane**
**Sudbury, MA 01776**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.95** |
|---|---|---|---|

**RICHEY & CLAPPER, INC.**
**33 BOSTON POST ROAD**
**SUDBURY, MA 01776**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Rick Cincotta**
**15 Andrews Road**
**Marlboro, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00** |
|---|---|---|---|

**Rick Piermarini**
**384 Brockelman Rd**
**Lancaster, MA 01523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,100.00** |
|---|---|---|---|

**Rob Slabysz**
**3 Robinwood Road**
**Littleton, MA 01460**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00**

**Robert Andrews**
**49 Henry St**
**Winchester, MA 01890**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Robert Bailey**
**77 High Street**
**Clinton, MA 01510**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**Robert Bailey Jr.**
**77 High St.**
**Clinton, MA 01510**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Robert Bonci**
**234 Greeley Street**
**Clinton, MA 01510**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

**Robert Dutkowsky**
**4201 Bayshore Blvd #1504**
**Tampa, FL 33611**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00**

**Robert Gorman**
**8 Fairview Dr.**
**Southboro, MA 01772**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**Robert Mitchell**
**102 Pinnacle Road**
**Harvard, MA 01451**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Robert Nicewicz**
**22 Liberty Drive, Unit 5D**
**Boston, MA 02210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Robert Nicewicz Jr.**
**22 Liberty Drive, Unit 5D**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,166.00** |
|---|---|---|---|

**Robert O'Connell**
**20 Louisburg Square**
**Boston, MA 02108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Randazzo**
**64 Highland Avenue, Unit 11**
**Unit 11**
**Winchester, MA 01890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Robert Shanahan**
**34 Leighton Road**
**Wellesley, MA 02482**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Robert Swift**
**123 Beaver Road**
**Weston, MA 02493**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Robert Tarter**
**26 Donnelly Drive**
**Dover, MA 02030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|

Name

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,612.50** |
|---|---|---|---|

**Robyn-Lyn Piermarini**
**314 Brockelman Rd**
**Lancaster, MA 01523**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,100.00** |
|---|---|---|---|

**Rodney Frias**
**22 Brenton Wood Road**
**Hudson, MA 01749**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Rodney Sparrow**
**146 Fox Run**
**Bolton, MA 01740**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Roger Kane**
**15 Carroll Circle**
**Weston, MA 02493**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,375.00** |
|---|---|---|---|

**Roger Marino**
**256 Westfield Street**
**Dedham, MA 02026**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Roger Urell**
**14 Draper Road**
**Wayland, MA 01778**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,321.00** |
|---|---|---|---|

**Roger Urell**
**14 Draper Road**
**Wayland, MA 01778**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.477** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.88**

**ROGERS PRINTING CO., INC.**
**136 POND STREET**
**LEOMINSTER, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ron Battista**
**30 Winterberry Road**
**Saunderstown, RI 02874**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00**

**Ron Jacques**
**151 Westhill Road**
**Marlborough, MA 01752**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Ron Sylvestor**
**2 Essex Drive**
**Hudson, MA 01749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**Ronald Ladner**
**114 Pilgrim Drive**
**Holden, MA 01520**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Ronald Peabody**
**34 Hickory Lane**
**Stow, MA 01775**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00**

**Ronan O'Connor**

**00000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,280.00**

**Ross Bundy**
**29A Gray Street**
**Boston, MA 02116**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00**

**Roxann Burney**
**25 West Bare Hill Rd**
**Harvard, MA 01451**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,840.00**

**Ryan Conlon**
**24 Ellis Street**
**Woburn, MA 01801**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Ryan Gregory**
**20 Queensbury St.**
**Boston, MA 02215**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Ryan Walker**
**57 Fernbrook Road**
**Northborough, MA 01532**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$882.50**

**S & S EQUIPMENT SERVICES, INC.**
**632B SUNDERLAND ROAD**
**WORCESTER, MA 01604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Safety Insurance Com**
**20 Custom House Street**
**Boston, MA 02110**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Samuel Shames**
**16 Black Oak Road**
**Wayland, MA 01778**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sandra Sloan**
**148 Mary Catherine Drive**
**Lancaster, MA 01523**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Sarah Griffith**
**821 Ledgewood Way**
**Clinton, MA 01510**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.494** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Scott Bundy**
**580 Flagg Hill Road**
**Boxborough, MA 01719**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.495** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00**

**Scott Bundy**
**580 Flagg Hill Road**
**Boxborough, MA 01719**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00**

**Scott Curvey**
**18151 Lagos Way**
**Naples, FL 34110**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**Scott Gilroy**
**16 Ammon Drive**
**Manchester, NH 03108**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,360.00 |
|---|---|---|---|

**Scott Swain**
**177 Wintergreen Ln**
**Groton, MA 01450**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Dandley**
**One Sundial Ave, Suite 414**
**Manchester, NH 03013**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**Sean Silvia**
**9 Rockland St**
**Wellesley, MA 02481**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**Sean Sullivan**
**252 W. Berlin Rd**
**Bolton, MA 01740**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,007.00 |
|---|---|---|---|

**SELECTIVE INSURANCE COMPANY OF**
**BOX 371468**
**PITTSBURG, MA 15250-7468**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,578.44 |
|---|---|---|---|

**SID WAINER & SONS, 2069**
**PO BOX 50240**
**NEW BEDFORD, MA 02745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,700.52 |
|---|---|---|---|

**SID WAINER & SONS, INC**
**PO BOX 50240**
**NEW BEDFORD, MA 02745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$324.00** |
|---|---|---|---|

**SIGNATURE BRANDS**
**45 COMMERCE WAY**
**NORTON, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,244.33** |
|---|---|---|---|

**SITEONE LANDSCAPE SUPPLY, LLC**
**24110 NETWORK PLACE**
**CHICAGO, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,251.36** |
|---|---|---|---|

**SOLITUDE LAKE MANAGEMENT**
**1320 BROOKWOOD DRIVE SUITE H**
**LITTLE ROCK, AR 72202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Stephen Buchanan**
**289 Ballville Road**
**Bolton, MA 01740**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen Dunn**
**27 Herrick Drive**
**Methuen, MA 01844**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Stephen Giulietti**
**57 Washington Drive**
**Acton, MA 01720**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,560.00** |
|---|---|---|---|

**Stephen Giulietti**
**57 Washington Drive**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,315.00 |
|---|---|---|---|

**Stephen Simpson**
**10 West View Lane**
**Stow, MA 01775**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,695.00 |
|---|---|---|---|

**Steve Roach**
**81 Tahattawan Road**
**Littleton, MA 01460**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Steven Aulds**
**13 Stoney Brook Road**
**Hopkinton, MA 01748**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,800.00 |
|---|---|---|---|

**Steven Hoogasian**
**c/o Rickie T. Weiner, Esq.**
**Law Offices of Rickie T. Weiner, PC**
**11 Pleasant Street, Suite 120**
**Worcester, MA 01609**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _2020 Membership dues_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,990.00 |
|---|---|---|---|

**Steven Soldi**
**4 Fox Run Drive**
**Clinton, MA 01510**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Sue Billings**
**120 Whitcomb Drive**
**Lancaster, MA 01523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Suffolk Construction**
**65 Allerton Street**
**Boston, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,730.25**

**SUMMIT GOLF BRANDS**
**PO BOX 5019**
**WHITE PLAINS, NY 10602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Sunovian**
**Emily Adcock, 84 Waterford Dr**
**Marlboro, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

**Susan McKeen**
**43 Wheeler Road**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Sy Schwartz**
**225 Humphrey St.**
**Swampscott, MA 01907**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Synchrony Bank**
**c/o PRA Receivables Management LLC**
**PO Box 41021**
**Norfolk, VA 23541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,908.99**

**SYSCO BOSTON, LLC, MCH ACCT**
**99 SPRING ST**
**PLYMPTON, MA 02367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,557.76**

**SYSCO BOSTON, LLC, MCH ACCT**
**99 SPRING ST**
**PLYMPTON, MA 02367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$407.49** |
|---|---|---|---|

**T&T WEBER HYDRAULIC,INC**
**184 STONE ST**
**CLINTON, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$340.70** |
|---|---|---|---|

**T.F. KINNEALEY & CO, INC.**
**P.O. BOX 842123**
**BOSTON, MA 02284-2123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,729.00** |
|---|---|---|---|

**TCF EQUIPMENT FINANCE, INC.**
**PO BOX 77077**
**MINNEAPOLIS, MN 55480-7777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255.00** |
|---|---|---|---|

**TECH. TRAINING ASSOCIATES, INC.**
**326 S PLANT AVE**
**TAMPA, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Terence O'Brien Sr.**
**330 Green Street**
**Northborough, MA 01532**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**Terry Wells**
**20 Twin Pond Lane**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,250.00** |
|---|---|---|---|

**The CSL Foundation**
**152 Middlesex Turnpike**
**Burlington, MA 01803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,015.05** |
|---|---|---|---|

**THE HOME DEPOT PRO**
**PO BOX 404468**
**ATLANTA, GA 30384-4468**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$934.38** |
|---|---|---|---|

**THE HOME DEPOT PRO**
**PO BOX 742440**
**LOS ANGELES, CA 90074-2440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
|---|---|---|---|

**The Monahan Group, Inc.**
**340 Main Street**
**Suite 906**
**Worcester, MA 01608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
|---|---|---|---|

**THE TORO COMPANY NSN**
**39398 TREASURY CENTER**
**CHICAGO, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**Thomas Bates**
**23 Fox Run Drive**
**Clinton, MA 01510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Thomas Brown**
**13 Beaver Dam Drive**
**Westford, MA 01886**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
|---|---|---|---|

**Thomas Brown**
**13 Beaver Dam Drive**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,165.00** |
|---|---|---|---|

**Thomas Davidow**
**183 Gardner Road**
**Brookline, MA 02445**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Thomas Gaffney**
**125 High**
**Chestnut Hill, MA 02167**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Thomas Golding**
**19 Dover Circle**
**Franklin, MA 02038**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,689.00** |
|---|---|---|---|

**Thomas Graustein**
**8 Stefaniak Ave**
**Webster, MA 01570**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,958.50** |
|---|---|---|---|

**Thomas Napoli**
**8 Littlefield Road**
**Acton, MA 01720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Thomas Nolan Jr.**
**3612 Crescent Avenue**
**Dallas, TX 75205**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,847.50** |
|---|---|---|---|

**Thomas Reale**
**4 Woodlot Lane**
**Chemlsford, MA 01824**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.49** |
|---|---|---|---|

**TIAA BANK**
**PO BOX 911608**
**DENVER, CO 80291-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Tim Barberich**
**88 Beacon Street**
**Boston, MA 02108**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tim Battles**
**99 Overlook Drive**
**Groton, MA 04150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Tim Nickerson**
**715 Main Street**
**Boylston, MA 01505**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.00** |
|---|---|---|---|

**Timothy Barberich**
**88 Beacon Street**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,500.00** |
|---|---|---|---|

**Timothy Call**
**29 Carleton Dr**
**Needham, MA 02492**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,295.00** |
|---|---|---|---|

**Timothy Desmond**
**17 Everett Ave.**
**Winchester, MA 01890**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number *(if known)* | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Timothy Dunn**
**5 Floyd St., Apt. 5**
**Waltham, MA 02453**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00** |
|---|---|---|---|

**Timothy Fitzgerald**
**60 Bolton Station Road**
**Lancaster, MA 01523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Timothy Leisman**
**74 Taylor Road**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Timothy Smith**

**00000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,030.75** |
|---|---|---|---|

**TITLEIST/ACUSHNET CORP**
**PO BOX 844324**
**BOSTON, MA 02284-4324**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**TJ Reale III**
**3 Keely Dr.**
**Charlton, MA 01507**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00** |
|---|---|---|---|

**Todd Bremner**
**7 Lower Field Rd.**
**Weston, MA 02493**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | | Case number *(if known)* | **20-40524-CJP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00** |
|---|---|---|---|

**Todd McDonough**
**9 Acorn Dr.**
**Londonderry, NH 03083**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Todd Southard**
**50 Coventry Wood Rd**
**Bolton, MA 01740**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Spreen**
**247 Sunset Dr.**
**Richboro, PA 18954**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Tom Barraclough**
**26 Cider Circle**
**Bolton, MA 01740**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,100.00** |
|---|---|---|---|

**Tom Hammond**
**1 Chrysler Rd,#1008**
**Natick, MA 01760**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,405.38** |
|---|---|---|---|

**TOM IRWIN**
**13 A STREET**
**BURLINGTON, MA 01803**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Tony Kwan**
**2 Rocky Ledge Road**
**Weston, MA 02493**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tony O'Reilly**
**21 Bridle Path**
**Auburn, MA 01501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.65 |
|---|---|---|---|

**TOREKU TRACTOR & EQUIP., INC.**
**4 LITTLETON ROAD**
**AYER, MA 01432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,857.39 |
|---|---|---|---|

**TPX COMMUNICATIONS**
**1 SUNDIAL AVENUE, SUITE 414**
**MANCHESTER, NH 03103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $693.81 |
|---|---|---|---|

**TRANE US INC**
**PO BOX 406469**
**ATLANTA   30384-6469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $728.16 |
|---|---|---|---|

**TRAVELCLICK, INC.**
**PO BOX 71199**
**CHICAGO, IL 60694-1199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|

**Trevor Rochichaud**
**30 Stagecoach Road**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,752.33 |
|---|---|---|---|

**TRIMARK**
**P.O. 3505**
**SO. ATTLEBORO, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number *(if known)* | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190.00** |
|---|---|---|---|

**TURF PRODUCTS CORPORATION
DEPARTMENT 950, PO BOX 4110
WOBURN, MA 01888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00** |
|---|---|---|---|

**TURTLESON LLC
617 SHELBY STREET
BRISTOL, TN 36720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Tushara Canekeratne
1 Wyndemere Drive
Southborough, MA 01772**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tushara Canekeratne**

**00000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,374.08** |
|---|---|---|---|

**UNIVEST CAPITAL
3331 Street Rd, #325
Bensalem, MA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$374.45** |
|---|---|---|---|

**US Bank NA
PO Box 790117
St Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**USI Insurance Servic
12 Gill Street
Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,500.00** |
|---|---|---|---|

**Vance Loiselle**
**37 Surplus Street**
**Duxbury, MA 02332**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00** |
|---|---|---|---|

**Vic Khanna**
**8 Cobblestone Place**
**Sudbury, MA 01776**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,500.00** |
|---|---|---|---|

**Victor Grillo**
**19681 Loxahatchee River Rd.**
**Jupiter, FL 33458**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,695.00** |
|---|---|---|---|

**Walter Dwyer**
**17 Shirley St.**
**Pepperell, MA 01463**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Warren Thomson**
**51 Binscarth Road**
**Toronto, Ontario Canada M4W 1Y3**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,779.50** |
|---|---|---|---|

**WASTE WATER ENVTL MGMT INC.**
**9 A QUINCY ROAD**
**LONDONDERRY, NH 03053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Web Industries Inc.**
**700 Nickerson Rd. Suite 250**
**Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number *(if known)* | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Will Hakala**
**259 Green Road**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Will Herman**
**8 Cobblestone Place**
**Sudbury, MA 01776**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Collins**
**19 Bridlefield Lane**
**Medfield, MA 02052**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**William E. Cress**
**2 Brattle Sq 3rd Floor**
**Cambridge, MA 02138**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**William Ebsworth**
**17 Audobon Road**
**Weston, MA 02493**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**William Hubbard**
**6 Ballard Terrace**
**Lexington, MA 02420**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**William Nelson**
**24 Wescott Drive**
**Hopkinton, MA 01748**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**William Ray**
**23 Butternut lane**
**Bolton, MA 01740**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**William Rhatigan**
**160 Wings Neck Road**
**Pocassett, MA 02559**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267.18** |
|---|---|---|---|

**WILLIAM ROAM, LLC**
**8227 NORTHWEST BLVD,#130**
**INDIANAPOLIS, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**William Weissman**
**24 Factory Cove Road**
**Boothbay Harbor, ME 04538**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00** |
|---|---|---|---|

**William Yapp**
**21 Kettell Plain Rd**
**Stow, MA 01775**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.20** |
|---|---|---|---|

**WINDSTREAM**
**PO BOX 9001013**
**LOUISVILLE, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**WINDSTREAM COMMUNICATIONS, INC**
**PO BOX 843006**
**KANSAS CITY, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The International Golf Club, LLC** | Case number (if known) | **20-40524-CJP** |
|---|---|---|---|
| | Name | | |

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14.90** |
|---|---|---|---|

**World Travel**
**1724 W Schylkill Rd**
**Douglassville, PA 19518**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**YMCA MA CEO Retreat**
**150 Orleans Street Unit 106**
**Boston, MA 02128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 236,539.94 |
| 5b. Total claims from Part 2 | 5b. + $ | 30,383,967.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 30,620,507.07 |

**Fill in this information to identify the case:**

Debtor name    **The International Golf Club, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS -  CENTRAL AND WESTERN DIVISION

Case number (if known)    **20-40524-CJP**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **NeoPost Mail Finance Lease Agreement  Postage Meter Contract N13062108  Mail Machine IN-600 AF Mailing Solution** | |
| | State the term remaining | | |
| | List the contract number of any government contract | |  Quadient, dba NeoPost USA, Inc.<br>**478 Wheelers Farms Road**<br>**Milford, CT 06461** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Water Treatment Plan Consulting** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Avalon Consulting Group**<br>**41 Cal's Court**<br>**Taunton, MA 02780** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Maintenance Service for following elevators:  Pro Shop; conference center; guest lodge, conference center dumbwaiter; club house dumbwaiter** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bay State Elevator Company**<br>**PO Box 910**<br>**Agawam, MA 01001** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **401K Benefits Administrator** | |
| | State the term remaining | | **Beacon Benefits, LLC**<br>**5  Cherry Hill Drive**<br>**L120**<br>**Danvers, MA 01923** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **The International Golf Club, LLC**                                    Case number (*if known*)   **20-40524-CJP**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract   _____

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Emergency Generator - Scheduled Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bigelow Electrical Power Inc.** |
| | | | **1 Pullman Street** |
| | List the contract number of any government contract | | **PO Box 60268** |
| | | | **Worcester, MA 01606-0268** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Heating & Cooling Systems - newer sections of Pro Shot** | |
|---|---|---|---|
| | State the term remaining | | **Burnell Controls, Inc.** |
| | | | **153 Andover Street** |
| | List the contract number of any government contract | | **Suite 202** |
| | | | **Danvers, MA 01923** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Service** | |
|---|---|---|---|
| | State the term remaining | | **CertiPay America, LLC Inc.** |
| | | | **130 Bates Avenue** |
| | List the contract number of any government contract | | **Suite 101** |
| | | | **Winter Haven, FL 33880** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Alarm System Test & Inspection Propopsal** | |
|---|---|---|---|
| | State the term remaining | | **Convergent Technologies** |
| | | | **6 Merchant Street** |
| | List the contract number of any government contract | | **Unit 4** |
| | | | **Sharon, MA 02067** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **#00101-0417043 & 00101-0464154 144 carts/2 CafeExp gas units; 4Fun Electric cart/Villager golf cart** | |
|---|---|---|---|
| | State the term remaining | | **Country Club Enterprises/DLL Finance** |
| | | | **PO Box 14535** |
| | List the contract number of any government contract | | **Des Moines, IA 50306** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **The International Golf Club, LLC**                                    Case number *(if known)*    **20-40524-CJP**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Collection and Disposal Services** | |
|---|---|---|---|
| | State the term remaining | | **E.L Harvey & Sons, Inc.** |
| | List the contract number of any government contract | | **68 Hopkinton Road** |
| | | | **Westborough, MA 01581** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Master Retail Electricity Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | | **EDF Energy Services LLC** |
| | List the contract number of any government contract | | **4700 W. Sam Houston Parkway N #250** |
| | | | **Houston, TX 77041** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **394750532666 394750532665 394750532663 394750532664 394750535929 394750532680 394750532683 394750532684** | |
|---|---|---|---|
| | State the term remaining | | **Elavon Merchant Services** |
| | List the contract number of any government contract | | **7300 Chapman Highway** |
| | | | **Knoxville, TN 37920** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Systems Support Agreement for Pneumatic & Electric/Electronic Controls located in Pro Shop and Conference Center** | |
|---|---|---|---|
| | State the term remaining | | **ENE Systems** |
| | List the contract number of any government contract | | **480 Neponset Street Suite 11D** |
| | | | **Canton, MA 02021** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **GPSI Leasing Rental Agreement Amendment Visage Syatem in 144 carts** | |
|---|---|---|---|
| | State the term remaining | | **GPSI Leasing II - Accord LLC** |
| | List the contract number of any government contract | | **1074 N. Orange Avenue** |
| | | | **Sarasota, FL 34236** |

Debtor 1    **The International Golf Club, LLC**                        Case number *(if known)*    **20-40524-CJP**

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commericial Sales Agreement for (1) Storage Building, (2) New Pump House Building, (3) Club House, Pro Shop, Conference Center, Guest Lodge, Golf Bag Storage, Waste Water Building, Cart Barn and Oaks Snack Bar**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Johnson Systems-Tyco Integrated Security<br>771 Southbridge Street<br>Auburn, MA 01501** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest<br><br>**MembersFirst Website Website Maintenance Service/Online Tee Time System**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jonas Holdings, LLC<br>PO Box 8500<br>Philadelphia, PA 19178** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Jonus Club Support Software Support for Financial system**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jonas Software USA, LLC<br>PO Box 3476<br>Philadelphia, PA 19178** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Merchant Processessor Equipment info - N/A**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Merchant Services<br>7300 Chapman Highway<br>Knoxville, TN 37920** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest<br><br>**008-4014366303; Master Lease #4014366L Toro Pro Core 1298 Aerifier with attachments and accessories**<br><br>State the term remaining<br><br>List the contract number of any | **TCF Equipment Finance<br>PO Box 77077<br>Minneapolis, MN 55480-7777** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **The International Golf Club, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)  **20-40524-CJP**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **008-4014366103; Master Lease #4014366L (3) Toro Greenmasters; Toro wkman HDX with sprayer,(2) Toro Wkman HDX, (4) Toro Wkman MD, (4) Toro greenmasters 3300, (3) Tor Pro Force Bllowee, Groundmaster 4500 & groundsmaster 4300** | |
| | State the term remaining | | **TCF Equipment Finance PO Box 77077 Minneapolis, MN 55480-7777** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **008-4014366302; Master Lease #4014366L Toro Pro Core SR54-5, (2) Toro Sand Pro 5040, Kubotu M606HD, Kubota L5060GST & attmts** | |
| | State the term remaining | | **TCF Equipment Finance PO Box 77077 Minneapolis, MN 55480-7777** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **008-4014366107; Master Lease #4014366L (4) Toro Reelmeaster 3550-D, (2) Toro Greenmeaster 3150, Toro Pro core SR54-S, (2) Vibe V rollers and attmts** | |
| | State the term remaining | | **TCF Equipment Finance PO Box 77077 Minneapolis, MN 55480-7777** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Monitoring Service for Pine Shack House and Twin Springs Golf Club** | |
| | State the term remaining | | **The Monahan Group, Inc. 340 Main Street Suite 906 Worcester, MA 01608** |
| | List the contract number of any | | |

Debtor 1    **The International Golf Club, LLC**
　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **20-40524-CJP**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **TIAA Bank:** **Supplement to Copy Rental Agreement** **4 Xerox copiers: C7025T2/C405DN/C906 5XLS/CB035H2** | |
|---|---|---|---|
| | State the term remaining | | **TIAA Copier Lease** |
| | List the contract number of any government contract | | **PO Box 911608** **Denver, CO 80291-1608** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Toro Essentials Renewal Service Agreement and Extended Warranty Software/PC for NSN** | |
|---|---|---|---|
| | State the term remaining | | **TORO NSN** |
| | List the contract number of any government contract | | **PO Box 3339** **San Angelo, TX 76904-3339** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Account #1128398** **Phone Lines for property-was a barter** | |
|---|---|---|---|
| | State the term remaining | | **TPX Communications** **One Sundial Avenue** |
| | List the contract number of any government contract | | **Suite 414** **Manchester, NH 03103** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Yamaha Commercial Finance** **20  of DR2A AFI Golf Cars - Twins Springs Golf Course** **20 Fleet Carts** | |
|---|---|---|---|
| | State the term remaining | | **Yamaha Motor Finance Company** |
| | List the contract number of any government contract | | **6555 Katella Avenue** **Cypress, CA 90630** |

**Fill in this information to identify the case:**

Debtor name **The International Golf Club, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - CENTRAL AND WESTERN DIVISION

Case number (if known) **20-40524-CJP**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Arklow, LP** | **159 Ballville Road Bolton, MA 01740** | **Florence Weadock** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Wealyn, LLC** | **159 Ballville Road Bolton, MA 01740** | **Florence Weadock** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Arklow, dba the International Golf Club** | | **GPSI Leasing** | ☐ D _____<br>☐ E/F _____<br>■ G __2.14__ |
| 2.5 | **Elavon** | | **Merchant Processessor** | ☐ D _____<br>☐ E/F _____<br>■ G __2.18__ |

| Debtor | **The International Golf Club, LLC** | Case number *(if known)* **20-40524-CJP** |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6 **IGC, LLC** | **TIAA Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.24__ |
| 2.7 **IGC, LLC** | **Country Club Enterprises** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.9__ |

**Fill in this information to identify the case:**

Debtor name __**The International Golf Club, LLC**__

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - CENTRAL AND WESTERN DIVISION

Case number (if known) __**20-40524-CJP**__

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $1,350,284.00 |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $5,777,148.00 |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $5,943,081.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor   **The International Golf Club, LLC**                                  Case number *(if known)*   **20-40524-CJP**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED SOFA #3.1** | **1/42020 -<br>5/3/2020** | **$657,107.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Kevin Weadock** | **5/3/10 to<br>5/3/20** | **$118,750.00** | |
| 4.2.   **Ann Specht** | **5/3/10 to<br>5/3/20** | **$32,400.00** | |
| 4.3.   **Dan Weadock** | **5/3/10 to<br>5/3/20** | **$112,500.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Estate of Wm Grigg v. Garrett<br>LoPorto and International<br>Golf Club, LLC<br>1685CV01871** | **Accident** | **Worcester Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

| Debtor | **The International Golf Club, LLC** | Case number *(if known)* **20-40524-CJP** |
|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Murphy & King, Professional Corportion<br>One Beacon Street<br>Boston, MA 02108** | | **April 2020** | **$50,000.00** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

| Debtor | **The International Golf Club, LLC** | Case number *(if known)* | **20-40524-CJP** |

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Various Barter Agreements** | **SEE ATTACHED SOFA #13** | **Various** | **$86,525.00** |
| | Relationship to debtor | | | |

---

### Part 7:  Previous Locations

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
     Is the debtor primarily engaged in offering services and facilities for:
     - diagnosing or treating injury, deformity, or disease, or
     - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Credit Card ACH Monthly Payments - PCI Compliant**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Arklow LP, d/b/a The International Golf Club, LLC** | EIN:  **04-3451867** |

Has the plan been terminated?
■ No

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **The International Golf Club, LLC**                          Case number *(if known)* **20-40524-CJP**

☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citizens Bank**<br>**40 Highland Common E**<br>**Hudson, MA 01749** | **XXXX-0306** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/27/2020** | **$13,829.35** |
| 18.2. | **Citizens Bank**<br>**40 Highland Common E**<br>**Hudson, MA 01749** | **XXXX-0322** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/20/2020** | **$1,100.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Members** | **Cartbarn and Mens Locker Room** | **Golf Clubs, Personal locker items** | **Unknown** |

**Part 12:    Details About Environment Information**

Debtor    **The International Golf Club, LLC**                                    Case number *(if known)* **20-40524-CJP**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Pamela Weiss** **7965 Old Georges Way** **Palos Heights, IL 60463** | **10/28/2016 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **The International Golf Club, LLC**                     Case number *(if known)*    **20-40524-CJP**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **RSM US LLP**<br>**80 City Square**<br>**Charlestown, MA 02129-3742** | **01/01/2011 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Pamela Weiss**<br>**7965 Old Georges Way**<br>**Palos Heights, IL 60463** | **N/A** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Bob Keene | 3/30/2020 | $52,620.50 (weighted cost average)<br>Golf Merchandise Inventory |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Pamela Weiss**<br>**7965 Old Georges Way**<br>***Held at 159 Ballville Road, Bolton MA***<br>**Palos Heights, IL 60463** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Florence Weadock** | **c/o John Altamore, Esq.** | **Manager**<br>**Registered as Foreign LLC in Mass.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin Weadock** | | **Manager**<br>**Registered as Foreign LLC in Mass** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Arklow LP** | | **Sole Member**<br>**Registered as Foreign LLC in Mass** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | The International Golf Club, LLC | Case number *(if known)* **20-40524-CJP** |
|---|---|---|

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **REFER TO PART 2 - QUESTION 4** | **$263,650.00** | **Various** | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **The International Golf Club, LLC**                                Case number *(if known)* **20-40524-CJP**

---

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2020**

**/s/ Craig R. Jalbert**                                **Craig R. Jalbert**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Central Division)

| | |
|---|---|
| **In re** | **Chapter 11** |
| **ARKLOW LIMITED PARTNERSHIP,**[1] | **Case No. 20-40523-CJP** |
| **Debtor** | **Jointly Administered** |

## STATEMENT REGARDING THE SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The debtors and debtors-in-possession (collectively the "<u>Debtors</u>") in the above-captioned chapter 11 cases are contemporaneously filing their Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statement of Financial Affairs (the "<u>Statements</u>") pursuant to 11 U.S.C. §521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules and Statements are unaudited. While the Debtors' management has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in changes in financial data contained in the Schedules and Statements. The asset values described in the Debtors' Schedules reflect the book values as of the date of the Debtors' bankruptcy filings, rather than current market values, for their property interests. The Debtors have not obtained appraisals for their property interests, and reserve all of their rights, claims and defenses with respect to the value of their assets.

While every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors do not make any representations or warranties as to the information set forth in the Schedules and Statements, and reserve the right to amend and/or supplement the Schedules and Statements as may be appropriate or necessary.

Should any interest of the Debtors in property, including any causes of action and/or choses in action, be inadvertently omitted from the Schedules and Statements, such omission does not constitute a waiver by the Debtors of such interest in property, shall not be deemed an admission of any kind and shall not otherwise alter or affect the Debtors' interests in property. All of the Debtors' rights, claims and defenses with respect to their interests in property are reserved.

---

[1] The debtors in these jointly administered cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Arklow Limited Partnership (9883), The International Golf Club, LLC (9792) and Wealyn, LLC (9883).

The Debtors reserve the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as disputed, contingent or unliquidated.  Any failure to designate a claim on the Debtors' Schedules as disputed, contingent, or unliquidated does not constitute an admission by the Debtors that such amount is not disputed, contingent, or unliquidated.  The Debtors reserve the right to dispute the extent, priority, validity and/or amount of any claim or lien set forth in the Schedules and/or Statements.

Any failure to list an entity which is a co-debtor on the Debtors' schedules does not constitute an admission by the Debtors that such entity is not a co-debtor and does not affect or alter any claims or causes of action which the Debtors may hold against such entity.

Respectfully Submitted,

ARKLOW LIMITED PARTNERSHIP, THE INTERNATIONAL GOLF CLUB, LLC AND WEALYN, LLC,
By their counsel,

*/s/ D. Ethan Jeffery*
D. Ethan Jeffery (BBO #631941)
Murphy & King, Professional Corporation
One Beacon Street, 21st Floor
Boston, Massachusetts  02108-3107
Telephone:  (617) 423-0400
EJeffery@murphyking.com

Dated: June 19, 2020